MARY E. McDONALD, Respondent, *v.* ÆTNA LIFE INSURANCE COMPANY, Appellant.

*McDonald* v. *Ætna Life Ins. Co.*, 182 App. Div. 48?, appeal dismissed.

(Submitted May 27, 1918; decided June 4, 1918.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 26, 1918, *unanimously* affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action upon a policy of life insurance.

The motion was made upon the ground that the affirmance by the Appellate Division was unanimous and that permission to appeal had not been obtained.

*Julius Blumofe* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.